UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | |
| v. | Case No. 2:20-cr-156<br>Judge Sarah D. Morrison |
| AMY L. HUGO, | : |
| Defendant. | |

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by Magistrate Judge King on October 21, 2020. (ECF No. 12.) The time for filing objections to the Report and Recommendation has passed, and no objections have been filed. Therefore, the Court ADOPTS the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Defendant Amy Hugo's plea of guilty to Counts 1–4 of the Information (ECF No. 2) is **ACCEPTED**.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON
UNITED STATES DISTRICT JUDGE**